# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| KELLI CHRISTINA, | § | |
| | § | |
| Plaintiff, | § | |
| vs. | § | CIVIL ACTION NO. 4:20-CV-00534 |
| | § | |
| BRAD PITT, MAKE-IT-RIGHT | § | |
| FOUNDATION, ET AL., | § | |
| | § | |
| Defendants. | § | |

## DECLARATION OF WILLIAM BRADLEY PITT

Pursuant to 28 U.S.C. § 1746, I, William Bradley Pitt, hereby declare as follows:

1. I am over eighteen (18) years of age, of sound mind, and otherwise competent to make this Declaration. I have personal knowledge of each of the matters stated herein, and they are true and correct.

2. I am domiciled in Los Angeles County, California. I currently reside in Los Angeles County, California, and do not reside in Texas. I have lived in California for many years and intend to stay here indefinitely.

3. I file my tax returns as a California resident.

4. I am registered to vote in California.

5. I do not own any real property in Texas. I pay property taxes in California and do not pay property taxes in Texas.

6. I have not consented to be sued in the State of Texas.

7. I have never had any contact with Plaintiff Kelli Christina (the "Plaintiff") in the State of Texas or elsewhere. I have never communicated with the Plaintiff or directed any of my conduct toward her in any manner.


8.    Prior to the Plaintiff sending a "demand letter" to the office of my lawyer in California in March 2020 before filing this lawsuit, I never authorized anyone to contact or communicate with the Plaintiff on my behalf. Following receipt of the letter, my New York-based lawyer called the Plaintiff to advise her that she was mistaken as to her belief that she and I had engaged in any communications. Nonetheless, the Plaintiff filed this lawsuit.

9.    I have never conducted any business with the Plaintiff or entered into any contracts with her, nor have I ever authorized anyone to conduct business or enter into any contacts with the Plaintiff on my behalf.

10.    I have never requested nor received any payments from the Plaintiff in exchange for a promise to perform obligations under a contract or for any other reason. Likewise, I have never authorized anyone to request or receive payments from the Plaintiff on my behalf for any reason (including, but not limited to, loans, donations, or payments in exchange for a promise to perform obligations under a contract).

11.    I declare under penalty of perjury that the foregoing is true and correct, and is executed on the date signed below.

_____
By: William Bradley Pitt

_____
29th September 2020
Date