# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | | |
|---|---|---|
| KELLI CHRISTINA, | § § § | |
| Plaintiff, | § | CIVIL ACTION NO. 4:20-CV-00534-CAN |
| v. | § § | |
| BRAD PITT, ET AL., | § § | |
| Defendants. | § § | |

## ORDER

On September 3, 2020, the Court advised the Parties that a hearing would be set, after the filing of any motions to dismiss, to further discuss the Parties' proposed scheduling order [Dkt. 19]. Defendants have since filed Motions to Dismiss [Dkts. 27; 28]; Plaintiff Kelli Christina has filed a Response in opposition [Dkt. 30]. Accordingly, the Court sets this matter for hearing.

It is **ORDERED** that a hearing is set on the issue of scheduling and also on Defendants' pending Motions to Dismiss [Dkt. 27; 28] via videoconference on *Thursday, November 5, 2020, at 3:00 p.m.* The Parties will connect to the videoconference no later than 2:55 p.m. via a link that will be provided by email.

**IT IS SO ORDERED**.

**SIGNED this 19th day of October, 2020.**

_____
Christine A. Nowak
UNITED STATES MAGISTRATE JUDGE